NUMBER 13-07-00242-CV



COURT OF APPEALS



THIRTEENTH DISTRICT OF TEXAS



CORPUS CHRISTI - EDINBURG


_____________________________________________________ _


VICKIE J. VERMILLION, Appellant,


v.



UNIFUND CCR PARTNERS, Appellee.

_______________________________________________________


On appeal from the County Court at Law No. 2


of Montgomery County, Texas.


_______________________________________________________


MEMORANDUM OPINION



Before Justices Yañez, Garza, and Benavides


Memorandum Opinion Per Curiam



 Appellant, VICKIE J. VERMILLION, perfected an appeal from a judgment entered
by the County Court at Law No. 2 of Montgomery County, Texas, in cause number
05-10-09168. The clerk's record was filed on March 26, 2007. The reporter's record
was filed on March 21, 2007. Appellant's brief was due on April 25, 2007. To date,
no appellate brief has been received.

 When the appellant has failed to file a brief in the time prescribed, the Court
may dismiss the appeal for want of prosecution, unless the appellant reasonably
explains the failure and the appellee is not significantly injured by the appellant's failure
to timely file a brief. Tex. R. App. P. 38.8(a)(1).

 On June 7, 2007, notice was given to all parties that this appeal was subject
to dismissal pursuant to Tex. R. App. P. 38.8(a)(1). Appellant was given ten days to
explain why the cause should not be dismissed for failure to file a brief. To date, no
response has been received.

 The Court, having examined and fully considered the documents on file,
appellant's failure to file a proper appellate brief, this Court's notice, and appellant's
failure to respond, is of the opinion that the appeal should be dismissed for want of
prosecution. The appeal is hereby DISMISSED FOR WANT OF PROSECUTION.

 PER CURIAM


Memorandum Opinion delivered and filed

this the 23rd day of August, 2007.